In the Matter of the Probate of the Will of GERTRUDE A. VAN WOERT, Deceased.
LOUISE A. STODDARD, Appellant; ALICE F. SOLES et al., Respondents.

*Matter of Van Woert (Will)*, 176 App. Div. 940, affirmed.
(Argued November 12, 1917; decided November 27, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 16, 1917, which affirmed a decree of the Saratoga County Surrogate's Court, admitting to probate the will of Gertrude A. Van Woert, deceased, after submission to a jury of the following question:

" Was the instrument propounded as the last will and testament of Gertrude Ann Van Woert, deceased, torn, canceled, obliterated or destroyed by the testatrix or some other person acting in her behalf, and with her authority, with the intent and for the purpose on her part of revoking the same as her will? " (See 147 App. Div. 483; 207 N. Y. 756.)

*Harold H. Corbin* and *Walter P. Butler* for appellant. *Homer J. Borst* and *Edward D. Cutler* for respondents.

Order affirmed, with costs; no opinion.

Concur: CHASE, CUDDEBACK, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.